# EXHIBIT I



151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500   **F** 212.307.5598   www.Venable.com

**Frank M. Gasparo**
**T**: 212. 370.6273
**F**: 212.307.5598
**E**: fmgasparo@Venable.com

April 13, 2023

**VIA EMAIL**

Joseph F. Edell
Corporate Counsel, IP
DISH Network L.L.C.
Direct Dial 202.463.3719
joseph.edell@dish.com

RE:   **Dish Letter to MindGeek**

Dear Mr. Edell,

We write in response to DISH Network L.L.C.'s ("DISH") letter dated March 17, 2023 to Anthony Penhale of MindGeek.

We represent MindGeek, so please direct any further inquiries to me.

We are reviewing DISH's letter, including the allegations therein, and will be in touch.

Sincerely,

*/s/ Frank M. Gasparo*
Frank M. Gasparo