# EXHIBIT J

## Green, Delia R.

| | |
|---|---|
| **From:** | Joe Edell <joseph.edell@dish.com> |
| **Sent:** | Friday, July 7, 2023 12:14 PM |
| **To:** | Gasparo, Frank M. |
| **Cc:** | Green, Delia R. |
| **Subject:** | Re: DISH Network L.L.C.'s letter to MindGeek |
| **Attachments:** | DISH claim chart - MindGeek for US10,469,555 (2023.07.07).pdf; DISH claim chart - MindGeek for US11,470,138 (2023.07.07).pdf; DISH claim chart - MindGeek for US10,757,156 (2023.07.07).pdf |

**Caution: External Email**

Hi Frank,

I write to follow-up regarding the potential licensing of DISH's ABR patent portfolio. Please find attached exemplary claim charts showing how three of DISH's ABR patents read on MindGeek's streaming services. Are you available next week to discuss terms for a license to DISH's portfolio? Thank you for your time.

Best,
Joe

On Thu, Apr 13, 2023 at 11:23 AM Green, Delia R. <DRGreen@venable.com> wrote:

> **This message originated outside of DISH and was sent by: drgreen@venable.com**
>
> Counsel,
>
> Please see the attached correspondence from Mr. Gasparo.
>
> Regards,
>
> Delia
>
> *Please note our new street address effective March 27, 2023. All other information is the same.*
>
> **Delia R. Green** | Paralegal | **Venable LLP**
> **t** 212.370.6232 | **f** 212.307.5598 | **m** 347.961.9010
> 151 West 42nd Street, The Forty-Ninth Floor, New York, NY 10036
>
> DRGreen@Venable.com | www.Venable.com

1

2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2