# EXHIBIT K

**Dhanani, Ali**

| | |
|---|---|
| **From:** | Gasparo, Frank M. <FMGasparo@Venable.com> |
| **Sent:** | Wednesday, July 26, 2023 10:38 AM |
| **To:** | Joe Edell |
| **Cc:** | Dengler, Ralph A. |
| **Subject:** | RE: DISH Network L.L.C.'s letter to MindGeek |

**This message originated outside of DISH and was sent by: fmgasparo@venable.com**

Hi Joe,

Ok. I'll send to them now. Talk to you soon.

Best
Frank

**Frank M. Gasparo, Esq.** | **Venable LLP**
**t** 212.370.6273 | **m** 917.903.2245
fgasparo@venable.com | www.venable.com


**From:** Joe Edell <joseph.edell@dish.com>
**Sent:** Wednesday, July 26, 2023 10:43 AM
**To:** Gasparo, Frank M. <FMGasparo@Venable.com>
**Cc:** Dengler, Ralph A. <RADengler@Venable.com>
**Subject:** Re: DISH Network L.L.C.'s letter to MindGeek

**Caution: External Email**

Hi Frank - Let's proceed with today's call. Please forward the calendar invite to James Hanft (james.hanft@dish.com) and Hop Guy (hop.guy@bakerbotts.com). Thank you.

Best,
Joe

On Wed, Jul 26, 2023 at 8:24 AM Gasparo, Frank M. <FMGasparo@venable.com> wrote:

> **This message originated outside of DISH and was sent by: fmgasparo@venable.com**
>
> Joe,

1

As you likely saw, we filed a Declaratory Judgment action on behalf of MG Freesites in NDCA yesterday, 3:23-cv-03674, enclosed.

Please let us know if you'd like to proceed with the call and if so, the outside counsel to whom I should forward the invite.

Best,

Frank

**Frank M. Gasparo, Esq.** | **Venable LLP**
**t** 212.370.6273 | **m** 917.903.2245
fgasparo@venable.com | www.venable.com

---

**From:** Gasparo, Frank M.
**Sent:** Tuesday, July 25, 2023 10:19 AM
**To:** 'Joe Edell' <joseph.edell@dish.com>
**Cc:** Dengler, Ralph A. <RADengler@Venable.com>
**Subject:** RE: DISH Network L.L.C.'s letter to MindGeek

Good morning Joe,

We are available tomorrow at 1EST. I'll send a calendar invite with Zoom link. My colleague Ralph Dengler will join us.

Best

Frank

**Frank M. Gasparo, Esq.** | **Venable LLP**
**t** 212.370.6273 | **m** 917.903.2245
fgasparo@venable.com | www.venable.com

**From:** Joe Edell <joseph.edell@dish.com>
**Sent:** Monday, July 24, 2023 9:41 AM
**To:** Gasparo, Frank M. <FMGasparo@Venable.com>
**Subject:** Re: DISH Network L.L.C.'s letter to MindGeek

**Caution: External Email**

Good morning Frank - I'm available to discuss on Tuesday between 9-10am and 2-5pm ET, on Wednesday between 9-11am ET, 12:30-1:30pm and 2:30-3:30pm ET, and Thursday between 9-10am, 11:30am-12:30pm, and 2-4pm ET. Depending on your availability, please send a 30-minute calendar invite. Thank you.

Best,

Joe

On Fri, Jul 21, 2023 at 11:55 AM Gasparo, Frank M. <FMGasparo@venable.com> wrote:

> **This message originated outside of DISH and was sent by: fmgasparo@venable.com**
>
> Good morning Joe,
>
> Following up on the below, we would like to discuss DISH's July 7th claim charts for the '156, '555 and '138 Patents.
>
> Also, we would like to discuss the pending appeal at the Federal Circuit on two of the charted patents (the '156 and '555 Patents) of the DISH ITC matter you referenced in your March 17th letter.
>
> Please let us know your availability next week to discuss the above. And if you have other items to discuss, such as other DISH claim charts for us to consider, kindly let us know so that we may properly review them.

3

Have a nice weekend.

Best,

Frank

**Frank M. Gasparo, Esq.** | **Venable LLP**
**t** 212.370.6273 | **m** 917.903.2245
fgasparo@venable.com | www.venable.com

**From:** Gasparo, Frank M.
**Sent:** Wednesday, July 12, 2023 5:11 PM
**To:** 'Joe Edell' <joseph.edell@dish.com>
**Subject:** RE: DISH Network L.L.C.'s letter to MindGeek

Hi Joe,

Thank you for the email.

We confirm receipt of DISH's claim charts for U.S. Patent No. 10,469,555; U.S. Patent No. 11,470,138; and U.S. Patent No. 10,757,156 (the "'156 Patent"). We note your prior letter only referenced the '156 Patent.

We'll get back to you to arrange a call once we have had a chance to review the charts.

Best,

Frank

**Frank M. Gasparo, Esq.** | **Venable LLP**
**t** 212.370.6273 | **m** 917.903.2245
fgasparo@venable.com | www.venable.com

---

**From:** Joe Edell <joseph.edell@dish.com>
**Sent:** Friday, July 7, 2023 12:14 PM
**To:** Gasparo, Frank M. <FMGasparo@Venable.com>
**Cc:** Green, Delia R. <DRGreen@Venable.com>
**Subject:** Re: DISH Network L.L.C.'s letter to MindGeek

**Caution: External Email**

Hi Frank,

I write to follow-up regarding the potential licensing of DISH's ABR patent portfolio. Please find attached exemplary claim charts showing how three of DISH's ABR patents read on MindGeek's streaming services. Are you available next week to discuss terms for a license to DISH's portfolio? Thank you for your time.

Best,

Joe

On Thu, Apr 13, 2023 at 11:23 AM Green, Delia R. <DRGreen@venable.com> wrote:

> **This message originated outside of DISH and was sent by: drgreen@venable.com**
>
> ---
>
> Counsel,
>
> Please see the attached correspondence from Mr. Gasparo.

5

Regards,

Delia

**Please note our new street address effective March 27, 2023. All other information is the same.**

**Delia R. Green** | **Paralegal** | **Venable LLP**
**t** 212.370.6232 | **f** 212.307.5598 | **m** 347.961.9010
151 West 42nd Street, The Forty-Ninth Floor, New York, NY 10036

DRGreen@Venable.com | www.Venable.com


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



---------- Forwarded message ----------
From: postmaster@dish.com
To: Edell, Joe <joseph.edell@dish.com>
Cc:
Bcc:
Date: Wed, 26 Jul 2023 08:23:58 -0400
Subject: We found suspicious links

## We found suspicious links in these files

They've been blocked for your protection. Please contact your administrator if you think this is an error.

**Files**
**2023.07.25 [001] MG Freesi...udgment.pdf** (274.5 KB)

### Message Details

**From**
"Gasparo, Frank M." <fmgasparo@venable.com>

**Subject**
RE: DISH Network L.L.C.'s letter to MindGeek

**Sent**
Wed, 26 Jul 2023 12:23:22 +0000

© 2017 - 2018 Mimecast Services Limited.

***********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***********************************************************************