# EXHIBIT M

BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**DECLARATION OF ANDREAS ALKIVIADES ANDREOU IN SUPPORT OF THE MINDGEEK DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B |

CASE NO. 2:21-CV-04920
**DECLARATION IN SUPPORT OF MOTION TO DISMISS**

I, Andreas Alkiviades Andreou, hereby declare as follows:

1. I am employed by MG CY Holdings Ltd as Director of Corporate Finance, a position which I have held since 2013. I have also served as a Class A manager (the equivalent of a director) for MindGeek S.à.r.l. since 2016.

2. Through my employment and experience, I am familiar with the corporate structure and operations of all the existing MindGeek corporate entities named in Plaintiffs' Complaint – MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, and MG Global Entertainment Inc. (the "MindGeek corporate entities"). Almost every day, as part of my regular job responsibilities, I deal with issues involving the corporate structure of these legal entities in some capacity.

3. I have reviewed the Complaint filed in the instant action and am familiar with the allegations made regarding the structure and operations of the MindGeek corporate entities.

4. MindGeek S.à.r.l. is a private limited liability company (*société à responsabilité limitée*) incorporated under the laws of Luxembourg, having its registered office at 32, boulevard Royal, L-2449 Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) ("RCS") under number B 181337.

5. MindGeek S.à.r.l. serves as the ultimate parent corporation of MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, and MG Global Entertainment Inc. MindGeek S.à.r.l. does not exercise control over the day-to-day decisions of the MindGeek corporate entities.

6. MindGeek S.à.r.l. is nothing more than a holding company, without any employees or operations of its own, that directly and indirectly owns certain affiliated entities. MindGeek S.à.r.l. does not have any offices or employees in the State of California, let alone the United States.

1　　　　　　　　　　　　　　　　　　　　CASE NO. 2:21-CV-04920
**DECLARATION IN SUPPORT OF MOTION TO DISMISS**

7. MindGeek S.à.r.l. is adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts. MindGeek S.à.r.l. also has the equivalent of its own designated board of directors and observes all necessary corporate formalities.

8. MG Freesites Ltd is a foreign limited liability company organized and operating under the laws of the Republic of Cyprus, having its head office at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus.

9. MG Freesites Ltd is responsible for operating certain websites, referred to as "tubesites," including "PornHub," which offer non-subscription content. MG Freesites Ltd operates associated websites, including "PornHub Premium," which offer certain subscription content. MG Freesites Ltd also operates the ModelHub program and Content Partner Program.

10. MG Freesites Ltd does not have any offices or employees in the State of California, or in the United States.

11. MG Freesites Ltd is adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts. MG Freesites Ltd also has the equivalent of its own designated board of directors and observes all necessary corporate formalities.

12. The content managed by MG Freesites Ltd is accessible worldwide, with no particular focus on California. In 2020, California residents accounted for approximately 13% of total United States site traffic on PornHub, and approximately 15% of United States site traffic on PornHub Premium.

13. MindGeek USA Incorporated is a corporation incorporated under the laws of the State of Delaware, having its principal executive office at 21800 Oxnard Street, Suite 150, Woodland Hills, California 91367 United States of America.

DECLARATION IN SUPPORT OF MOTION TO DISMISS

14. MindGeek USA Incorporated's sole function is to distribute DVD-based content pursuant to the terms of one contract. MindGeek USA Incorporated does not itself create, solicit, post, manage, or have any other involvement with the website content at issue in the instant case.

15. MindGeek USA Incorporated is adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts. MindGeek USA Incorporated also has its own designated board of directors and observes all necessary corporate formalities.

16. MG Premium Ltd is a limited liability company organized and operating under the laws of the Republic of Cyprus, having its head office at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus.

17. MG Premium Ltd is responsible for operating websites referred to as "paysites," which offer certain subscription-based content. MG Premium Ltd does not operate PornHub or PornHub Premium, the ModelHub program or the Content Partner Program. MG Premium Ltd also holds intellectual property rights to certain content that is not alleged to have anything to do with the Plaintiffs.

18. MG Premium Ltd does not have any offices or employees in the State of California, or in the United States.

19. MG Premium Ltd is adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts. MG Premium Ltd also has the equivalent of its own designated board of directors and observes all necessary corporate formalities.

20. MG Global Entertainment Inc. is a corporation incorporated under the laws of the State of Delaware, having its principal executive office at 21800 Oxnard Street, Suite 150, Woodland Hills, California 91367 United States of America.

21. MG Global Entertainment Inc. is primarily responsible for providing services for television-based business, with a focus on agreements with cable operators, hotels, and cruise ships, among others.

22. MG Global Entertainment Inc. also provides limited support services to other MindGeek corporate entities. Currently, three of its employees have responsibilities concerning the content on MindGeek sites; however, none of those employees reside or work in California and none are alleged to have had anything to do with the Plaintiffs.

23. MG Global Entertainment Inc. is adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts. MG Global Entertainment Inc. also has its own designated board of directors and observes all necessary corporate formalities.

24. To the extent any of the foregoing entities provides services for another, the terms pursuant to which such services are provided are defined by service contracts.

25. There is no legal entity with the name "RK Holdings USA Inc." that is incorporated in Florida and acts as "a wholly owned subsidiary of MindGeek S.a.r.l." or any other MindGeek corporate entity. I am unaware of the prior existence of any such entity.

26. There is no legal entity with the name "Traffickjunky Inc." that is incorporated under the laws of Canada and acts as "a wholly owned subsidiary of MindGeek S.a.r.l." or any other MindGeek corporate entity. I am unaware of the prior existence of any such entity.

|   |   |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of |
| 2 | America that the foregoing is true and correct. |

Date: _____

19 October 2021       *Andreas Alkiviades Andreou*

5  CASE NO. 2:21-CV-04920
**DECLARATION IN SUPPORT OF MOTION TO DISMISS**