# EXHIBIT A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Brent O. Hatch |
| Firm: | Hatch Law Group, P.C. |
| Address: | 22 East 100 South, Suite 400 |
| | Salt Lake City, UT 84101 |
| Telephone: | (801) 869-1919 |
| Email: | hatch@hatchpc.com |
| | |
| Pro Hac Vice Applicant: | Ali Dhanani |
| Firm: | Baker Botts, L.L.P. |
| Address: | 910 Louisiana |
| | Houston, TX 77002 |
| Telephone: | 713-229-1108 |
| Email: | ali.dhanani@bakerbotts.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| TEXAS | 24055400 | 11/03/2006 |
| USDC, Eastern District of Texas | | 10/18/2012 |
| USDC, Federal Circuit | | 08/25/2016 |
| USDC, Southern District of Texas | | 01/01/2010 |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| ClearPlay, Inc. v. DISH Network L.L.C., et al. | 2:14-cv-00191 | 11/17/2020 |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

_9/5/23_
Date

2