Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
HATCH LAW GROUP, P.C.
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919

Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>MG PREMIUM LTD, MG BILLING LTD, and MG BILLING IRELAND LTD, SONESTA TECHNOLOGIES, s.r.o., SONESTA MEDIA, s.r.o., and YELLOW PRODUCTION, s.r.o.<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION OF G. HOPKINS GUY, III**<br><br>Case: 2:23-cv-552 - BSJ<br><br>Judge: Bruce S. Jenkins |

I move for the pro hac vice admission of G. Hopkins Guy, III as pro hac vice counsel for Plaintiffs and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Dated: September 6, 2023            Respectfully submitted,

                                    By:    /s/Brent O. Hatch
                                    Counsel for Plaintiffs

1