# EXHIBIT A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Brent O. Hatch |
| Firm: | Hatch Law Group, P.C. |
| Address: | 22 East 100 South, Suite 400 |
| | Salt Lake City, UT 84101 |
| Telephone: | (801) 869-1919 |
| Email: | hatch@hatchpc.com |
| | |
| Pro Hac Vice Applicant: | Kurt Pankratz |
| Firm: | Baker Botts, L.L.P. |
| Address: | 2001 Ross Avenue, Ste. 900 |
| | Dallas, TX 75201-2980 |
| Telephone: | 214-953-6584 |
| Email: | kurt.pankratz@bakerbotts.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Texas | 24013291 | 05/01/1999 |
| USDC, Northern District of Texas | | 04/08/2004 |
| USDC, Southern District of Texas | 94508 | 12/05/2008 |
| USDC, Eastern District of Texas | | 12/20/2005 |
| USDC, Western District of Texas | | 01/14/2020 |
| USDC, District of Colorado | | 04/07/2011 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

1

If yes, please explain:

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
### IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| ClearPlay, Inc. v. DISH Network L.L.C., et al. | 2:14-cv-00191 | 05/09/2022 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| Certification | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____     September 5, 2023_____
Signature                                                                                      Date

3