Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
HATCH LAW GROUP, P.C.
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919

Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>MG PREMIUM LTD, MG BILLING LTD, and MG BILLING IRELAND LTD, SONESTA TECHNOLOGIES, s.r.o., SONESTA MEDIA, s.r.o., and YELLOW PRODUCTION, s.r.o.<br><br>Defendants. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF ALI DHANANI**<br><br>Case: 2:23-cv-552 - BSJ<br><br>Judge: Bruce S. Jenkins |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Ali Dhanani.

Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this 7th day of Sept, 2023.

By the Court: _____

Hon. Bruce S. Jenkins
United States District Judge