Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
**HATCH LAW GROUP, P.C.**
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
*Attorneys for Plaintiffs*

Erik A. Christiansen, USB #7372
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
EChristiansen@parsonsbehle.com
ecf@parsonsbehle.com
*Attorney for Defendant MG PREMIUM LTD*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> MG PREMIUM LTD, MG BILLING LTD, and MG BILLING IRELAND LTD, SONESTA TECHNOLOGIES, s.r.o., SONESTA MEDIA, s.r.o., and YELLOW PRODUCTION, s.r.o. <br><br> Defendants. | **JOINT MOTION FOR EXTENSION OF TIME FOR MG PREMIUM LTD TO FILE A RESPONSE TO THE COMPLAINT** <br><br> Case No. 2:23-cv-00552-BSJ <br><br> The Honorable Bruce S. Jenkins <br><br> Magistrate Judge |

The parties in the above captioned matter jointly move the Court to enter an order extending the deadline for Defendant MG Premium Ltd ("MG Premium") to file its response to the Complaint (Dkt.1), until December 4, 2023. On August 23, 2023, Plaintiffs Dish Technologies

1

4871-7374-8095.v2

L.L.C. and Sling TV L.L.C. ("DISH") requested that MG Premium, a foreign entity organized under the laws of the Republic of Cyprus, agree to waive formal service of process. On September 1, 2023, MG Premium agreed to waive service on condition that DISH agree to extending the deadline for MG Premium to file its response to the Complaint until December 4, 2023. DISH agreed. Absent an extension, the deadline for MG Premium to file its response under Rule 12 and 4(d)(3) is November 21, 2023. Because MG Premium agreed to waive service on condition that DISH agree to extend the deadline for MG Premium to respond to the Complaint, good cause exists for the Court to extend the deadline to respond to the Complaint by thirteen days, until December 4, 2023. The parties therefore request that the Court grant this motion. A Proposed Order is attached.

DATED this 13th day of September 2023.

/s/ *Brent O. Hatch*
Brent O. Hatch
HATCH LAW GROUP, P.C.

*Attorneys for Plaintiffs*

/s/*Erik A Christiansen*
Erik A. Christiansen
PARSONS BEHLE & LATIMER

*Attorneys for Defendant MG PREMIUM LTD*