Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
**HATCH LAW GROUP, P.C.**
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
*Attorneys for Plaintiffs*

Erik A. Christiansen, USB #7372
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
EChristiansen@parsonsbehle.com
ecf@parsonsbehle.com
*Attorney for Defendant MG PREMIUM LTD*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>MG PREMIUM LTD, MG BILLING LTD, and MG BILLING IRELAND LTD, SONESTA TECHNOLOGIES, s.r.o., SONESTA MEDIA, s.r.o., and YELLOW PRODUCTION, s.r.o.<br><br>Defendants. | **ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME FOR MG PREMIUM LTD TO FILE A RESPONSE TO THE COMPLAINT**<br><br>Case No. 2:23-cv-00552-BSJ<br><br>The Honorable Bruce S. Jenkins<br><br>Magistrate Judge |

Having considered the parties' Joint Motion for Extension of Time for MG Premium Ltd. to File a Response to the Complaint (Dkt. 1) and good cause therefore finding.

1

2

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant MG Premium Ltd.'s Response to the Complaint (Dkt. 1) is now due on December 4, 2023.

DATED this _____ day of September 2023.

BY THE COURT:

_____
BRUCE S. JENKINS
United States District Judge

4895-6174-9119.v2