Brent O. Hatch (5715)
hatch@hatchpc.com
Adam M. Pace (14278)
pace@hatchpc.com
HATCH LAW GROUP, P.C.
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>MG PREMIUM LTD, MG BILLING LTD, and MG BILLING IRELAND LTD, SONESTA TECHNOLOGIES, s.r.o., SONESTA MEDIA, s.r.o., and YELLOW PRODUCTION, s.r.o.<br><br>Defendant. | **APPENDIX OF EXHIBITS TO DISH'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case: 2:23-cv-552-BSJ<br><br>Judge: The Honorable Bruce S. Jenkins |
|---|---|

| Exhibit Label | Exhibit Name | Appendix Page Number |
|---|---|---|
| A | Declaration of Dan Minnick In Support of Plaintiffs' Motion for a Preliminary Injunction. | Appx000001 |
| B | Declaration of Don Aviv In Support of Plaintiffs' Motion for Preliminary Injunction. | Appx000006 |
| C | Expert Declaration of Kevin J. Negus, Ph.D. In Support of Preliminary Injunction. | Appx000020 |
| D | Declaration of Thomas D. Vander Veen In Support of Motion for Preliminary Injunction. | Appx000038 |

1

| | | |
|---|---|---|
| E | Cristiano Lima, *Utah's Porn Crackdown Has a VPN Problem*, THE WASHINGTON POST (May 5, 2023), https://www.washingtonpost.com/politics/2023/05/05/utahs-porn-crackdown-has-vpn-problem/, | Appx000169 |
| F | Quentin Hardy, *Better Than YouTube*, FORBES (May 4, 2007), https://www.forbes.com/forbes/2007/0521/072.html?sh=4ac6a501633d. | Appx000173 |
| G | Erik Schonfeld, *Here Comes More HD Video*, TECH CRUNCH (Apr. 14, 2008), archived at Wayback Machine on Aug. 6, 2015, http://web.archive.org/web/20150806231952/http://techcrunch.com/2008/04/14/here-comes-more-hd-video-on-the-web%e2%80%94move-networks-raises-46-million-in-c-round/, http://web.archive.org/web/20150806231952/http://techcrunch.com/2008/04/14/here-comes-more-hd-video-on-the-web%e2%80%94move-networks-raises-46-million-in-c-round/. | Appx000177 |
| H | Ethan Smith, *Pushing to Bring TV to the Internet*, THE WALL STREET JOURNAL (Feb. 3, 2010), archived at Wayback Machine, https://webarchive.org/web/20100417103435/http://webreprints.djreprints.com:80/2398340469676.html. | Appx000180 |
| I | David Carnoy, *ABC.com makes watching TV at work better*, WEBWARE (Apr. 2, 2007), archived at Wayback Machine https://web.archive.org/web/20070522194356/http://www.webware.com:80/8301-1_9704105-2.html. | Appx000183 |
| J | *Online HD: Coming Faster Thank You Think*, CONTENTINOPLE (Feb. 22, 2008), archived at Wayback Machine, https://web.archive.org/web/20080415212235/http://www.contentinople.com:80/author.asp?section_id=430&doc_id=145592. | Appx000187 |
| K | Decl. of A. Andreou, *Fleites v. MG Freesites, Ltd.*, No. 2:21-cv-04920-CJC-ADS, Dkt. No. 70-2 (C.D. Cal.). | Appx000191 |
| L | Tony Paterson, *Fabian Thylmann, 'the ruler of the Realms of Lust', is arrested for alleged tax evasion* INDEPENDENT (Dec. 12, 2012), https://www.independent.co.uk/news/world/europe/fabian-thylmann-the-ruler-in-the-realms-of-lust-is-arrested-for-alleged-tax-evasion-8411926.html. | Appx000198 |
| M | Dan Miller, *Fabian Thylmann Sentenced for Tax Evasion in Germany*, AVN (Dec. 19, 2016), https://avn.com/business/articles/legal/fabian-thylmann-sentenced-for-tax-evasion-in-germany-705507.html. | Appx000207 |

| | | |
|---|---|---|
| N | *MindGeek Becomes Aylo*, Aylo, August 17, 2023, https://aylo.com/newsroom/mindgeek-rebrands/. | Appx000210 |
| O | HT News Desk, *MindGeek becomes Aylo: Battling lawsuits, Pornhub parent gets a name change*, HINDUSTAN TIMES (Aug. 22, 2023), https://www.hindustantimes.com/world-news/mindgeek-become-aylo-battling-lawsuits-pornhub-parent-gets-a-name-change-101692684143920.html. | Appx000215 |
| P | NCOSE, *Congressional briefing on MindGeek's Pornhub Empire*, NATIONAL CENTER ON SEXUAL EXPLOITATION (Apr. 9, 2021), https://endsexualexploitation.org/articles/u-s-congressional-briefing-packs-a-powerful-punch-against-mindgeeks-exploitation-empire/. | Appx000227 |
| Q | *The Real Pornhub Story,* NCOSE, *https*://endsexualexploitation.org/donate-the-real-pornhub-story/. | Appx000238 |
| R | *Class-action lawsuit filed in Quebec against Pornhub parent company*, GLOBAL NEWS (Jan. 8, 2021), https://globalnews.ca/news/7565362/class-action-lawsuit-quebec-pornhub-mindgeek/. | Appx000256 |
| S | R. Pantos and W. May, HTTP Live Streaming, Independent Submission, Request for Comments, RFC 8216, May, August 2017, https://www.rfc-editor.org/rfc/rfc8216. | Appx000262 |
| T | Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond, by Chief Administrative Law Judge Clark S. Cheney, issued in *In the Matter of Certain Fitness Devices, Streaming Components Thereof, and Systems Containing Same*, Inv. No. 337-TA-1265 (September 9, 2022). | Appx000323 |
| U | Commission Opinion, issued in *In the Matter of Certain Fitness Devices, Streaming Components Thereof, and Systems Containing Same*, Inv. No. 337-TA-1265 (Mar. 23, 2023). | Appx000593 |
| V | Terms of Service, Brazzers, dated Aug. 17, 2023. | Appx000690 |
| W | Decl. of A. Andreou, *Doe v. Mindgeek USA Inc.*, 2:22-cv-1016-DMG, Dkt. No. 29-3 (C.D. Cal.). | Appx000697 |
| X | Decl. of A. Andreou, *Jane Does 1-9 v. Murphy*, No. 7:20-cv-00947, Dkt. No. 233-3 (D.S.C.). | Appx000704 |
| Y | Terms and Conditions, ProBiller Online Payment, dated Feb. 10, 2023. | Appx000710 |

| Z | Offensive OSINT s01e05 - OSINT & Corporate espionage. Tentacles of Mindgeek part 1., Open Source Intelligence Offensive OSINT, May 20, 2020, https://www.offensiveosint.io/offensive-osint-s01e05-osint-corporate-espionage/. | Appx000719 |
|---|---|---|
| AA | Plaintiff's Complaint, *Free Speech Coalition v. Colmenero*, No. 23-cv-917, Dkt. No. 1 (W.D. Tex. Aug. 4, 2023). | Appx000740 |
| BB | Terms of Service, BANGBROS, dated Aug. 17, 2023. | Appx000772 |
| CC | LinkedIn Profile of Anthony Penhale, last accessed Sept. 6, 2023, https://www.linkedin.com/in/anthonypenhale/. | Appx000779 |
| DD | *MG Freesites, Ltd v. Dish Techs. L.L.C.*, 3:23-cv-3674, Dkt. 1 (N.D. Cal. Jul. 25, 2023). | Appx000790 |
| EE | Joint Claim Construction Chart, filed in *In the Matter of Certain Fitness Devices, Streaming Components Thereof, and Systems Containing Same*, Inv. No. 337-TA-1265 (September 22, 2022). | Appx000807 |
| FF | Brazzers Live Videos, Brazzers, last accessed Sept. 6, 2023 (redacted in part) | Appx000822 |
| GG | Terms of Service, SpiceVids, dated Aug. 20, 2023. | Appx000824 |
| HH | Terms of Service, Fake Taxi, dated Aug. 20, 2023. | Appx000841 |
| II | Terms of Service, Digital Playground, dated Aug. 20, 2023. | Appx000848 |
| JJ | Technical Support, Brazzers, last accessed Sept. 6, 2023. | Appx000855 |
| KK | Plaintiff's Motion for Preliminary Injunction, *Free Speech Coalition v. Colmenero*, No. 23-cv-917, Dkt. No. 5 (W.D. Tex. Aug. 4, 2023). | Appx000858 |
| LL | Order Granting Plaintiff's Motion for Preliminary Injunction, *Free Speech Coalition v. Colmenero*, No. 23-cv-917, Dkt. No. 36 (W.D. Tex. Aug. 4, 2023). | Appx000889 |
| MM | Oliver Browne et al., *Enforcement of Foreign Judgments 2022, Cyprus*, Latham & Watkins LLP, August 26, 2022. | Appx000971 |
| NN | *Cross-Border Enforcement Center – Czech Republic — Judgments*, Baker McKenzie, 2023, https://resourcehub.bakermckenzie.com/en/resources/cross-border-enforcement-center/emea/czech-republic/topics/judgments. | Appx000990 |

| OO | *DISH Technologies L.L.C. et al. v. Jadoo TV, Inc.*, Case No. 5-18-CV-05214, Dkt. 97 (N.D. Cal. May 28, 2021). | Appx000996 |
|---|---|---|
| PP | About, Ethical Capital Partners, last accessed Sept. 6, 2023. | Appx001004 |
| QQ | Certificate of Incorporation and Name Change, MG Premium Ltd, Registrar of Companies of Cyprus. | Appx001007 |
| RR | Decl. of A. Andreou, *Fleites v. MG Freesites Ltd*, No. 2:21-cv-04920-CJC-ADS, Dkt. No. 139-3 (C.D. Cal.). | Appx001011 |
| SS | Home, Brazzers, last accessed Sept. 6, 2023. | Appx001022 |
| TT | Decl. of R. Seifert, *Preservation Techs. LLC v. WGCZ Ltd. S.R.O.*, Case No. 6:22-cv-00025-ADA, Dkt. No. 28-1 (W.D. Tex.). | Appx001024 |
| UU | EU Country Profiles, European Union, accessible via https://european-union.europa.eu/principles-countries-history/country-profiles_en, last accessed Sept. 6, 2023. | Appx001030 |
| VV | Resume of Kevin Negus, Ph.D. | Appx001036 |
| WW | '680 Patent Claim Chart Against Brazzers. | Appx001050 |
| XX | '798 Patent Claim Chart Against Brazzers. | Appx001081 |
| YY | '564 Patent Claims Chart Against Brazzers. | Appx001115 |
| ZZ | '554 Patent Claims Chart Against Brazzers. | Appx001207 |
| AAA | '772 Patent Claim Chart Against Brazzers. | Appx001257 |
| BBB | '138 Patent Claim Chart Against Brazzers. | Appx001300 |
| CCC | Materials Considered, Expert Declaration of Kevin Negus, Ph.D. in Support of Preliminary Injunction. | Appx001338 |
| DDD | List of Known Streaming Services and Accused Websites. | Appx001340 |
| EEE | Sharon Alfonsi, *Cyprus: Searching for the money of Russian Oligarchs*, 60 MINUTES, (Sep. 3, 2023), https://www.cbsnews.com/news/cyprus-russia-money-60-minutes-2023-09-03/ | Appx001344 |
| FFF | Spencer Woodman, *How a network of enablers have helped Russia's oligarchs hide their wealth abroad*, INTERNATIONAL CONSORTIUM OF INVESTIGATIVE JOURNALISTS (Mar. 2, 2022), | Appx001353 |

5

|  | https://www.icij.org/investigations/russia-archive/how-a-network-of-enablers-have-helped-russias-oligarchs-hide-their-wealth-abroad/. |  |
|---|---|---|
| GGG | Tom Stocks, *Cyprus Firm Helped Sanctioned Russian Oligarch Move Funds,* OCCRP (Apr. 18, 2023), https://www.occrp.org/en/?_gl=1*fd5ios*_ga*MTY2NDA1NTkxNC4xNjk0NDU2OTQz*_ga_NHCZV5EYYY*MTY5NDY1NTI0MC4zLjAuMTY5NDY1NTI0MS41OS4wLjA. | Appx001360 |
| HHH | Alexander Gale, *Cyprus Braces For New US and UK Sanctions*, GREEK REPORTER (May 18, 2023), https://greekreporter.com/2023/05/18/cyprus-us-uk-sanctions/ | Appx001371 |